CITY OF GETTYSBURG, SOUTH DAKOTA, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 05–5120.

United States Court of Appeals, Federal Circuit.

March 16, 2006.

Before NEWMAN, BRYSON, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36

Karen LAKEY–SCOTT, Petitioner,

v.

DEPARTMENT OF JUSTICE, Respondent.

No. 05–3139.

United States Court of Appeals, Federal Circuit.

March 16, 2006.

Before NEWMAN, RADER, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and AD-

JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36